FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC -3 PM 2: 05
CLERK W. Shaup
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT NO. |
| v. | VIO: **CR 415-208** |
| DANIEL OLEN NIEVES, | Distribution of Child Pornography |
| Defendant | 18 U.S.C. § 2252A(a)(2) |
| | Possession of Child Pornography |
| | 18 U.S.C. § 2252A(a)(5)(A) |
| | Receipt Of Child Pornography |
| | 18 U.S.C. § 2252A(a)(2) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

| Count(s)/Charge | Statutory Penalty |
|---|---|
| 1/ Distribution of Child Pornography 18 U.S.C. § 2252A(a)(2) | Imprisonment for not less than 5 nor more than twenty (20) years; a fine of not more than $250,000; A term of Supervised Release of five (5) years to life, and a Special Assessment of $100. |
| 2 / Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(A) | Imprisonment for not more than twenty (20) years; a fine of not more than $250,000; a term of Supervised Release of five (5) years to life; and a Special Assessment of $100. |
| 3 / Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | Imprisonment for not less than five (5) nor more than twenty (20) years; a fine of not more than $250,000; A term of Supervised Release of five (5) years to life, and a Special Assessment of $100. |

Respectfully submitted this 3d day of December, 2015.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Frederick Kramer
Assistant United States Attorney
Georgia Bar No. 428971