# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHANGE OF PLEA IN  USA v. DANIEL OLEN NIEVES

CRIMINAL NO. CR 415-208  AT Savannah, Georgia

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Daniel Olen Nieves , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty  TO  Count Two (2)

IN THE INDICTMENT.

THIS 19th DAY OF April, 2016.

NOLLE PROSSE AS
TO COUNT(S) _____

_____
Daniel Olen Nieves   DEFENDANT

_____
COUNSEL FOR DEFENDANT
Julianne Grow Glisson

[FILED stamp: 2016 APR 19 PM 2:34, CLERK, U.S. DISTRICT COURT, SAVANNAH DIV., SO. DIST. OF GA.]